

NUMBER 13-08-00605-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE MARIO GILBERTO CANALES

On Emergency Motion to Stay November 3, 2008 Trial and
Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam[1]

Relator, Mario Gilberto Canales, filed an emergency motion to stay and a petition

for writ of mandamus in the above cause on October 27, 2008, arguing that the trial court

lacks subject matter jurisdiction in this divorce and child custody case.[2]  The Court, having

examined and fully considered the petition for writ of mandamus, is of the opinion that

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] This Court has previously considered and denied a similar petition for writ of mandamus filed by
relator through which he argued that the trial court lacked jurisdiction, and accordingly, abused its discretion
in denying relator's special appearance and plea in abatement. *See in re Canales*, No. 13-08-00384-CV, 2008
Tex. App. LEXIS 6360, at *1 (Tex. App.–Corpus Christi Aug. 15, 2008, orig. proceeding) (per curiam) (mem.
op.).

relator has not shown himself entitled to the relief sought. Accordingly, the emergency motion to stay and the petition for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 27th day of October, 2008.